[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-10359
Non-Argument Calendar

_____

D.C. Docket No. 1:15-cr-00214-TFM-C-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRIAN HULSE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(August 2, 2021)

Before NEWSOM, LAGOA, and ANDERSON, Circuit Judges.

PER CURIAM:

Domingo Soto, appointed counsel for Brian Hulse in this revocation of supervised release appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hulse's revocation of supervised release and sentence are **AFFIRMED**.